IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LMLC NORTHSTAR, LLC,         )
                             )
          Plaintiff,         )      8:15CV285
                             )
     v.                      )
                             )
GOTTSCH LAND CO.,            )      ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss without prejudice (Filing No. 10).  The Court notes no answer has been filed.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this action is dismissed without prejudice.  All other pending motions are denied as moot.

DATED this 19th day of August, 20145.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court